# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | 3:15-mj-011-DCK |
| Jail cell located at the Mecklenburg County Sheriff's Office Jail Central facility, within POD 4200, and is identified as Jail Cell 10 | **ORDER UNSEALING SEARCH WARRANT DOCUMENTS** |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an Order directing that the Affidavit for the above captioned Search Warrant in this matter, which was previously sealed by the Court, be unsealed.

**IT IS HEREBY ORDERED** that the referenced document be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: May 12, 2015

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.